# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

156693

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JAQUAN ARTEZ WILSON,
    Defendant-Appellant.

SC: 156693
COA: 337551
Genesee CC: 09-024473-FC

_____/

On order of the Court, the application for leave to appeal the September 12, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018



Clerk

p0723